# UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** William R. Meara and Brenda J. Meara     **Case Number:** 14-12998     **Ch:** 7

**Matter:**

#60 Motion of Chapter 7 Trustee for Sale of Property Free and Clear of Liens
under Section 363(f) Re: the Estate's Interest in Equity Interest in Vector/Meara
Transit Advertising Group, LLC (T. Richardson)
#71 Objection of Debtors (G. Cruickshank)
#72 Objection and Higher Offer of Las Vegas Transit Advertising, LLC (A. Gallo)
#75 Response of Chapter 7 Trustee

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____ Granted _____ Denied _____ Approved _____ Sustained

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____ OSC enforced/released

_____ Continued to: _____ For: _____ .

_____ Formal order/stipulation to be submitted by: _____ Date due: _____ .

_____ Findings and conclusions dictated at close of hearing incorporated by reference

_____ Taken under advisement:  Brief(s) due: _____ From _____ .

Response(s) due: _____ From _____ .

_____ Fees allowed in the amount of: $ _____ Expenses of: $ _____ .

_____ No appearance/response by: _____ .

_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons set forth on the record, the motion to sell is
hereby denied.

IT IS SO NOTED:                    IT IS SO ORDERED:

_____            _____ Dated: 06/17/2015 .
Courtroom Deputy                  William C. Hillman, U.S. Bankruptcy Judge